# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LAUREL W., | : |
| | : |
| Plaintiff, | : Case No. 2:21-cv-3971 |
| | : |
| v. | : Chief Judge Algenon L. Marbley |
| | : |
| COMMISSIONER OF SOCIAL SECURITY, | : Magistrate Judge Elizabeth P. Deavers |
| | : |
| | : |
| Defendant. | |

## ORDER ON REPORT AND RECOMMENDATION

On June 14, 2022, the United States Magistrate Judge issued a Report and Recommendation (ECF No. 15) that the Court overrule Plaintiff's Statement of Errors and affirm the Commissioner's denial of benefits. The parties were advised of their right to object to the Report and Recommendation within fourteen days and of the rights they would waive by failing to do so. (*Id.* at 17–18). No objections have been filed, and the deadline lapsed on June 28, 2022. As such, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **OVERRULES** Plaintiff's Statement of Errors, and **AFFIRMS** the Commissioner's determination. This case is **DISMISSED**.

IT IS SO ORDERED.

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATED:** July 5, 2022